Argued and submitted June 2, 1989, affirmed as modified March 7, 1990

In the Matter of the Marriage of

WIESNER,
*Respondent,*

*and*

WIESNER,
*Appellant.*

(D8702-61171; CA A49119)

787 P2d 896

Thomas M. Christ, Portland, argued the cause for appellant. With him on the brief were John A. Wittmayer and Mitchell, Lang & Smith, Portland.

Louise Jayne, Portland, argued the cause and filed the brief for respondent.

Before Richardson, Presiding Judge, and Newman and Deits, Judges.

PER CURIAM

**PER CURIAM**

In this dissolution proceeding, husband appeals the award of $300 per month support for each of the parties' two children.[1] The parties share joint physical and legal custody. The children spend approximately equal amounts of time in each parent's home. Husband contends that, applying the guidelines of *Smith v. Smith*, 290 Or 675, 626 P2d 342 (1981), as adapted in *Belt and Belt*, 65 Or App 606, 672 P2d 1205 (1983), his total monthly obligation should be $177.42.

We have examined the claimed expenses of the children in each home. On *de novo* review, and taking into consideration the relationship of each parent's income to their combined incomes and the needs of the children, we conclude that husband should pay $250 per month per child.

Judgment modified to reduce husband's support obligation to $250 per month per child; affirmed as modified. No costs to either party.

---

[1] We do not apply the new support guidelines, Or Laws 1989, ch 811, §§ 1-5; OAR 137-50-320 to OAR 137-50-490, on *de novo* review of a support award entered before October 3, 1989. *Butcher and Butcher*, 100 Or App 476, 786 P2d 1293.